BEFORE THE THIRD DIVISION, JUNE 2, 1939

**No. 41503.**—Protest 974387–G/11555 of Aganox Co. (New Orleans).

Opinion by KEEFE, J. It was established that the commodity in question is the same as that the subject of Abstract 39170. The claim as waste at 10 percent under paragraph 1555 was therefore sustained.

**No. 41504.**—Protests 979867–G, etc., of Nova Chemical Corp. et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

JUNE 2, 1939

**No. 41505.**——Protests 824076–G (A), etc., of Trinacria Importing Co., Inc. Abstract 41267. Application by plaintiff for rehearing granted.

JUNE 5, 1939

**No 41506.**——Protest 886327–G of Close & Stewart. C. D. 151. Application by plaintiffs for rehearing denied.

**No. 41507.**——Protests 541066–G, etc., of I. Fujimoto et al. Abstracts 39683/4. Application by plaintiffs for rehearing granted.

JUNE 6, 1939

**No. 41508.**—SUIT 4184.——*United States* v. *Amrein Freudenberg & Co., Inc.* T. D. 49551 affirmed.

BEFORE THE FIRST DIVISION, JUNE 5, 1939

**No. 41509.**—Protests 744933–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms and clothes and hat brushes similar to those the subject of Abstract 34593 and *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.